UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
OCT 16  2 18 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

TIMOTHY GUERTIN                  :      3:02CV2231 (JBA)
                                 :
v.                               :
                                 :
LLOYD LOMASTRO AND               :      OCTOBER 15, 2003
ELLEN LOMASTRO                   :

### APPEARANCE

Please enter the appearance of Edward M. Rosenthal (Federal Bar # ct12958) of Willcutts Law Group, LLC, 21 Oak Street, Suite 602, Hartford, CT 06103 as counsel for the plaintiff, Timothy Guertin, in the above matter.

                            PLAINTIFFS,

                            By _____
                            Edward M. Rosenthal
                            Willcutts Law Group, LLC
                            21 Oak Street
                            Suite 602
                            Hartford, CT 06106-8002
                            (860) 524-6800
                            FedBar # ct12958

## CERTIFICATION

I hereby certify that a copy of the attached has been served in accordance with the applicable Rules of Practice and/or Procedure on October 15, 2003 on:

James E. Wildes  
Cynthia M. Garraty & Associates  
Crossroad Corporate Park  
6 Devine Street, 1st Floor  
North Haven, CT 06473

(Defendants Lloyd Lomastro and Ellen Lomastro)

Donn A. Swift  
Lynch, Traub, Keefe & Errante  
52 Trumbull Street  
PO Box 1612  
New Haven, CT 06506-1612

(Intervening Plaintiffs Waste Management, Inc. and Gallagher Bassett Services, Inc.)

By _____  
Edward M. Rosenthal  
WILLCUTTS LAW GROUP, LLC  
FedBar # ct 12958