FILED

Oct 16  2 09 PM '03

U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY GUERTIN<br>Plaintiff | : | CIVIL ACTION |
| vs. | : | NO. 3:02-CV2231(JBA) |
| LLOYD LOMASTRO<br>and<br>ELLEN LOMASTRO<br>Defendants | : | OCTOBER 15, 2003 |

**MOTION FOR LEAVE TO
AMEND ANSWER AND SPECIAL DEFENSES**

The defendants hereby move to amend their answer by adding a second special defense of failure to mitigate. The proposed amendment is attached hereto. The amendment will not delay the trial of this matter. The plaintiff was recently deposed in this matter and this defense is raised in response to the plaintiff's claim of impairment of earning capacity.

THE DEFENDANTS
LLOYD LOMASTRO and
ELLEN LOMASTRO

_____
James E. Wildes
Federal Bar No.: ct02999
Sizemore Law Offices
6 Devine Street, 1st Floor
North Haven, CT 06473
(203) 407-6000

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing was hand-delivered or mailed, postage pre-paid via U.S. mail this 15th day of October 2003 to:

Edward M. Rosenthal
Willcutts Law Group
21 Oak Street
Suite 602
Hartford, CT 06106-8002

Donn A. Swift
Lynch, Traub, Keefe & Errante
52 Trumbull Street
P.O. Box 1612
New Haven, CT 06506-1612

_____
James E. Wildes