UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GUERTIN                                :

v.                                     : NO. 3:02cv2231 (JBA)

LOMASTRO, ET AL                        :

### NOTICE TO COUNSEL

On November 12, 2003, Parajudicial Officer Raymond B. Green reported the above-entitled case as settled. Under D. Conn. L. Civ. P. 41(b), a matter reported to be settled is to be dismissed if closing papers are not filed within (30) days thereafter.

Accordingly, an order of dismissal will be entered on December 12, 2003 unless closing papers are filed on or before that date.

The Court appreciates the parties' efforts in settling this matter.

BY ORDER OF THE COURT,
KEVIN F. ROWE, CLERK

_/s/ Matthew Falcone_

Dated at New Haven, Connecticut: **November 12, 2003**