MFLtAA

FILED
Ocr 16   2 09 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY GUERTIN<br>Plaintiff | : | CIVIL ACTION |
| vs. | : | NO. 3:02-CV2231(JBA) |
| LLOYD LOMASTRO<br>and<br>ELLEN LOMASTRO<br>Defendants | : | OCTOBER 15, 2003 |

### MOTION FOR LEAVE TO AMEND ANSWER AND SPECIAL DEFENSES

The defendants hereby move to amend their answer by adding a second special defense of failure to mitigate. The proposed amendment is attached hereto. The amendment will not delay the trial of this matter. The plaintiff was recently deposed in this matter and this defense is raised in response to the plaintiff's claim of impairment of earning capacity.

THE DEFENDANTS
LLOYD LOMASTRO and
ELLEN LOMASTRO

James E. Wildes
Federal Bar No.: ct02999
Sizemore Law Offices
6 Devine Street, 1st Floor
North Haven, CT 06473
(203) 407-6000

---

11/12/03: Motion DENIED as moot in light of the parties' reported settlement of this matter.

IT IS SO ORDERED.
Dated at New Haven, Connecticut.

Janet Bond Arterton, U.S.D.J.

FILED
Nov 13  4 15 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.