UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY GUERTIN | : | 3:02CV2231 (JBA) |
| v. | : | |
| LLOYD LOMASTRO AND ELLEN LOMASTRO | : : | November 17, 2003 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice and without costs to any party.

**PLAINTIFF**
**TIMOTHY GUERTIN**

By
Edward M. Rosenthal
WILLCUTTS LAW GROUP, LLC
21 Oak Street, Suite 602
Hartford, CT 06106
Tel: (860) 524-6800
Fax: (860) 524-7766
email: emr@willcutts.com
FedBar#: ct12958

**DEFENDANT**
**LLOYD AND ELLEN LOMASTRO**

James Wildes, Esq.
CYNTHIA M. GARRATT & ASSOCIATES
Crossroads Corporate Park
6 Devine Street, 1st Floor
North Haven, CT 06473
Tel: (203) 407-6000
Fax: (203) 407-6099
FedBar#: ct02999