UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
Dec 10   2 27 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | | |
|---|---|---|
| TIMOTHY GUERTIN | : | 3:02CV2231 (JBA) |
| v. | : | |
| LLOYD LOMASTRO AND<br>ELLEN LOMASTRO | :<br>: | November 17, 2003 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice and without costs to any party.

**PLAINTIFF**
**TIMOTHY GUERTIN**

By_____
Edward M. Rosenthal
WILLCUTTS LAW GROUP, LLC
21 Oak Street, Suite 602
Hartford, CT 06106
Tel: (860) 524-6800
Fax: (860) 524-7766
email: emr@willcutts.com
FedBar # ct12958

**DEFENDANT**
**LLOYD AND ELLEN LOMASTRO**

_____
James Wildes, Esq.
CYNTHIA M. GARRATT & ASSOCIATES
Crossroads Corporate Park
6 Devine Street, 1st Floor
North Haven, CT 06473
Tel: (203) 407-6000
Fax: (203) 407-6099
FedBar#: ct02999

## CERTIFICATION

I hereby certify that a copy of the attached has been served in accordance with the applicable Rules of Practice and/or Procedure on November 17, 2003 on:

| | |
|---|---|
| James E. Wildes<br>Cynthia M. Garraty & Associates<br>Crossroad Corporate Park<br>6 Devine Street, 1st Floor<br>North Haven, CT 06473 | (Defendants Lloyd Lomastro and Ellen Lomastro) |
| Donn A. Swift<br>Lynch, Traub, Keefe & Errante<br>52 Trumbull Street<br>PO Box 1612<br>New Haven, CT 06506-1612 | (Intervening Plaintiffs Waste Management, Inc. and Gallagher Bassett Services, Inc.) |

By _____
Edward M. Rosenthal
WILLCUTTS LAW GROUP, LLC
FedBar # ct 12958